**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

PATRICK A. THOMPSON,                    )
                                        )
                        Plaintiff,      )
                                        )
            v.                          )        No. 22-CV-04136-WJE
                                        )
UNITED STATES OF AMERICA,               )
                                        )
                        Defendant.      )

## ORDER

Defendant has filed a joint motion for an order requiring Plaintiff Patrick A. Thompson to submit to an independent medical examination. (Doc. 24). Mr. Thompson indicated that he does not oppose the motion. Therefore, for good cause shown, the motion is granted. Mr. Thompson is ordered to submit to a medical examination performed by Dr. Frank O. Petkovich at 1000 W. Nifong Blvd. Building 7, Suite 201, Columbia, MO 63131 on July 11, 2023, at 10:30 a.m.

Defendant simultaneously filed a joint motion for a protective order regarding the recording of the independent medical examination. (Doc. 25). Based on the stipulation of the parties and the Court finding good cause, the Court hereby **ORDERS** that:

1. Any audio or video recording of the independent medical examination shall be disclosed only to the parties, the parties' attorneys and the Court and related staff, including legal staff, employees, or independent contractors for the parties' attorneys who may need to use or handle such records strictly for the purpose of this litigation. The parties and the parties' attorneys shall not disclose any audio or video recording of the independent medical examination to any deponent, witness, outside experts, and consultants employed by the Plaintiff and the Defendant except by written agreement of the parties. The video and audio recording shall be securely stored and shall be disseminated securely, such as with

encryption or password protection. The parties, parties' attorneys, and any persons to whom an audio or video recording of the independent medical examination is authorized to be disclosed shall use the recording of the independent medical examination only for the prosecution and defense of this action and for no other purposes.

2.  A copy of this Order shall be shown to all witnesses to whom an audio or video recording of the independent medical examination is disclosed. These persons may be asked to sign this Order, but are not compelled to do so.

3.  At the conclusion of the instant litigation, any audio or video recordings of the independent medical examination shall be either destroyed or returned to Defendant. Any recordings returned to Defendant shall likewise be destroyed.

**IT IS SO ORDERED.**

Dated 10th day of July 2023, at Jefferson City, Missouri.

*Willie J. Epps, Jr.*

Willie J. Epps, Jr.
United States Magistrate Judge